UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 29 AM 9:48

UNITED STATES OF AMERICA,  )
                           )   Magistrate Case No. '08 MJ 2659
       Plaintiff,          )
                           )   COMPLAINT FOR VIOLATION OF
       v.                  )
                           )   Title 8, U.S.C., Section
Saul ROMERO-Lamas          )   1324(a)(2)(B)(iii)-
                           )   Bringing in Illegal Alien(s)
       Defendant.          )   Without Presentation (2 counts)
                           )
                           )

The undersigned complainant being duly sworn states:

### Count 1

On or about **August 28, 2008**, within the Southern District of California, defendant **Saul ROMERO-Lamas**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Carlos Jorge VALERIO-Gonzalez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 2

On or about **August 17, 2008**, within the Southern District of California, defendant **Saul ROMERO-Lamas**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **R.T.P.**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this **29th** day of **August, 2008**.

Honorable William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

The complainant states that **Carlos Jorge VALERIO-Gonzalez** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 28, 2008, at approximately 1116 hours **Saul ROMERO-Lamas (Defendant)**, entered the pedestrian facility of the San Ysidro Port of Entry. At approximately 1130 hours CBPO observed Defendant attempting to leave the pedestrian facility and return to Mexico. CBPO questioned Defendant as to his citizenship. Defendant stated he was a Permanent Resident of the United States and had left his Permanent Resident card in Mexico. CBPO escorted Defendant into the Port Enforcement Team. Law Enforcement database queries revealed Defendant was a previously deported alien and was apprehended previously attempting to smuggle aliens through pedestrian.

Enforcement Officers of the San Ysidro Prosecutions Unit were informed of the situation and reviewed video surveillance of the pedestrian facility. Enforcement Officers observed Defendant standing in line directly behind an adult male wearing a green shirt. The male is now identified as **Carlos Jorge VALERIO-Gonzalez (Material Witness)**.

At approximately 1120 hours Material Witness was apprehended by a CBPO as he walked through the pedestrian inspection area, past CBP officers and avoiding inspection. Material Witness was apprehended and escorted to the San Ysidro Port Enforcement Team. After viewing video surveillance CBP Enforcement Officers surveyed the secondary area and identified Material Witness by his clothing. Defendant and Material Witness were escorted to the San Ysidro Prosecutions Unit.

At approximately 1630 hours Defendant was admonished of his Miranda Rights and agreed to speak with Officers without the benefit of counsel. Defendant admitted he was to be paid $200 to smuggle the Material Witness into the United States. Defendant stated he met the Material Witness in downtown Tijuana. Defendant stated he and the Material Witness boarded a bus and came to the San Ysidro Port of Entry and entered the pedestrian facility together. Defendant admitted he stood behind the Material Witness and when they approached the inspection area he stepped aside and observed Material Witness attempt to enter the United States by walking past Officers avoiding inspection. Defendant stated he observed the Material Witness get apprehended and he then attempted to return to Mexico.

During a videotaped interview conducted by CBP Enforcement Officers, Material Witness admitted he is a citizen of Mexico with no legal right to enter the United States. Material Witness stated his intentions were to enter the United States and travel to Los Angeles, California to seek employment.

## Continuation of Probable Cause Statement

On August 17, 2008, Defendant was apprehended at the San Ysidro Port of Entry attempting to smuggle a minor female now identified as R.T.P. (Material Witness) through the pedestrian facility. Defendant admitted he was introduced to the Material Witness by alien smugglers in downtown Tijuana. Defendant admitted he escorted the Material Witness to the San Ysidro Port of entry and entered the pedestrian facility with her. Defendant admitted he was to be paid $100 USD upon her successful entry into the United States.

_____
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this **29th** day of **August, 2008**.

_____
Honorable William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE